1  XAVIER BECERRA
   Attorney General of California
2  GRETCHEN K. BUECHSENSCHUETZ
   Supervising Deputy Attorney General
3  COLIN A. SHAFF
   Deputy Attorney General
4  State Bar No. 300301
   California Office of the Attorney General
5   300 So. Spring Street, Suite 1702
    Los Angeles, CA 90013
6   Telephone: (213) 269-6039
    Facsimile: (213) 897-7604
7   E-mail: Colin.Shaff@doj.ca.gov
   *Attorneys for Defendant Khodabakhshyan*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARNELL BLACK, SR.,**<br><br>Plaintiff,<br><br>v.<br><br>**KHODABAKHSHYAN,**<br><br>Defendant. | Case No. 2:17-cv-00062-RGK-RAO<br>**ORDER ON:**<br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

Plaintiff Darnell Black, Sr. (AP-6288) and Defendant Khodabakhshyan have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

///
///
///
///
///
///

1

It is so stipulated.

Dated: 1-24-18  _____
Darnell Black, Sr. (AP-6288)
Plaintiff *pro se*

Dated: 2-2-18  _____
Colin A. Shaff
Deputy Attorney General
California Attorney General's Office
*Attorney for Defendant Khodabakhshyan*

LA2017505516
33231978.docx

**IT IS SO ORDERED:**

**DATED: February 5, 2018**  _____
ROZELLA A. OLIVER
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

| | |
|---|---|
| Case Name: **Darnell Black, Sr. v. Khodabakshyan** | No. **2:17-cv-00062-RGK-RAO** |

I hereby certify that on February 5, 2018, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed.R.Civ.P.41(a)(1)(A)(ii)**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On February 5, 2018, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Darnell Black, Sr., CDCR #AP-6288
California State Prison, Los Angeles County
P.O. Box 4490
Lancaster, CA 93539-4490

In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 5, 2018, at Los Angeles, California.

| D. Arciniega | /s/ D. Arciniega |
|---|---|
| Declarant | Signature |

LA2017505516
52787368.docx